CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAR 19 2008

JOHN F. CORCORAN, CLERK
BY: /s/ , DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM H. MAKI, SR., Administrator of the Estate of William H. Maki, Jr., <br>     Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, WILLIAM E. MILLER, UNKNOWN PSYCHIATRIC OFFICER OF THE DAY, AND UNKNOWN MEDICAL, CUSTODIAL AND/OR ADMINISTRATIVE AGENTS AUTHORIZED TO ACT ON BEHALF OF SALEM VAMC, <br>     Defendants. | Civil Action No. 7:07cv00443 <br><br> ORDER <br><br> By: Samuel G. Wilson <br> United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that defendant William E. Miller's motion for leave to file out of time and motion to dismiss are **GRANTED**. Plaintiff's motion for default judgment is **DENIED**. William E. Miller is hereby **DISMISSED** as a defendant in this case.

ENTER: This 19th day of March, 2008.

/s/ Samuel G. Wilson
United States District Judge